UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

MAR 1 2011

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:11mj11 |
| v. ) | **ORDER TO UNSEAL** |
| ANGEL EVILIO ALVARADO-GONZALEZ ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the file in this criminal action is hereby UNSEALED except the unredacted Criminal Complaint filed February 15, 2011.

This the 1st day of March, 2011.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE